**United States District Court**
For the Northern District of California

1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6          FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8   SHEN KO TSENG,                          No.  CV 13-05538 NC
9              Plaintiff,                    **ORDER**
10     v.
11  STRIDE RITE CHILDRENS GROUP LLC,
12             Defendant.
                                          /
13
14  GOOD CAUSE APPEARING THEREFOR,
15          IT IS ORDERED that this case is reassigned to the **Honorable Richard Seeborg** in the **San**
16  **Francisco division** for all further proceedings. Counsel are instructed that all future filings shall
17  bear the **initials RS** immediately after the case number. All hearing dates presently scheduled are
18  vacated and motions should be renoticed for hearing before the judge to whom the case has been
19  reassigned. Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a
20  magistrate judge has already issued a report and recommendation shall not be rebriefed or noticed
21  for hearing before the newly assigned judge; such matters shall proceed in accordance with Fed. R.
22  Civ. P. 72(b).
23
24                                          FOR THE EXECUTIVE COMMITTEE:
25
26  Dated:  December 17, 2013
                                          Richard W. Wieking
27  rev 4-12                               Clerk of Court
28