COOLEY LLP
REUBEN H. CHEN (228725) (rchen@cooley.com)
NEIL N. DESAI (286405) (ndesai@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1140
Telephone:     (650) 843-5000
Facsimile:      (650) 849-7400

DOUGLAS A. DOZEMAN (*Pro Hac Vice* pending)
ddozeman@wnj.com
JANET L. RAMSEY (*Pro Hac Vice* pending)
jramsey@wnj.com
R. MICHAEL AZZI (*Pro Hac Vice* pending)
razzi@wnj.com
WARNER NORCROSS & JUDD LLP
111 Lyon, NW, Suite 900
Grand Rapids, MI  49503
Telephone:     (616) 752-2000

Attorneys for Defendants
STRIDE RITE CHILDREN'S GROUP LLC,
AMAZON.COM, INC. AND ZAPPOS IP, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SHEN KO TSENG, | ) |
| | ) |
| Plaintiff, | ) Case No.: 5:13-cv-5538-RS |
| | ) |
| v. | ) **AMAZON.COM, INC.'S ANSWER TO** |
| | ) **COMPLAINT FOR PATENT** |
| STRIDE RITE CHILDREN'S GROUP LLC, | ) **INFRINGEMENT, ADDITIONAL** |
| AMAZON.COM, INC. AND ZAPPOS IP, INC. | ) **DEFENSES, AND RELIANCE ON JURY** |
| | ) **DEMAND** |
| Defendants. | ) |
| | ) **DEMAND FOR JURY TRIAL** |

Defendant Amazon.com, Inc. ("Amazon"), through its counsel, responds to

Plaintiff's Complaint for Patent Infringement as follows:

## NATURE OF ACTION

1.      This is an action for patent infringement arising under the patent laws of

the United States, Title 35, United States Code, §§100, et seq.

**ANSWER:** **Amazon admits that Plaintiff has alleged claims under the patent laws, but denies any liability based on said claims.**

<u>PARTIES</u>

2.      Plaintiff Shen Ko Tseng is a natural person who resides in Taipei, Taiwan.

**ANSWER:** **Amazon lacks knowledge and information sufficient to answer the allegations in this paragraph.**

3.      On information and belief, Defendant Stride Rite is a limited liability company organized and existing under the laws of the state of Massachusetts, having its principal place of business at 191 Spring Street, Lexington, Massachusetts 02421.

**ANSWER:** **Amazon lacks knowledge and information sufficient to answer the allegations in this paragraph.**

4.      On information and belief, Defendant Amazon is a corporation organized and existing under the laws of the state of Delaware, having its principal place of business at 1200 12th Avenue South, Suite 1200, Seattle, Washington 98144.

**ANSWER:** **Amazon admits that it is a Delaware corporation with a principal place of business in Seattle, Washington.  Except as so expressly admitted, Amazon denies the allegations in this paragraph.**

5.      On information and belief, Defendant Zappos is a corporation organized and existing under the laws of the state of Delaware, having its principal place of business at 2280 Corporate Circle, Suite 100, Henderson, Nevada, 89074.

**ANSWER:** **Amazon admits that Zappos IP, Inc. is a Delaware corporation with a principal place of business in Nevada.  Amazon lacks knowledge and information sufficient to answer the remaining allegations in this paragraph.**

<u>JURISDICTION AND VENUE</u>

6.      This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

**ANSWER**:    **Amazon admits that the complaint contains allegations that purport to arise under the patent laws of the United States and that this Court has jurisdiction over the subject matter pursuant to 28 U.S.C. §§ 1331 and 1338(a).**

7.    Defendants conduct and have conducted a substantial, systematic, and continuous business of selling and distributing infringing products in this judicial district. Moreover, Defendants purposefully have offered to sell, have sold and/or have distributed infringing products in this judicial district.

**ANSWER**:  **It is unnecessary to admit or deny the allegations in the first sentence of this paragraph as they relate to Amazon because Amazon consents to the personal jurisdiction of this Court for the purpose of this action only.  Amazon denies the allegations in the second sentence of this paragraph as they relate to Amazon.  To the extent this paragraph references the other Defendants, Amazon lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.**

8.    Venue is proper in this district pursuant to 28 U.S.C. §§ 1391 and 1400(b).

**ANSWER**:    **Amazon consents to venue in this jurisdiction for the purposes of this action only.**

### BACKGROUND

9.    On March 10, 2009, United States Patent No. 7,500,761 ("the '761 patent") entitled "CIRCUIT DEVICE FOR CONTROLLING A PLURALITY OF LIGHT-EMITTING DEVICES IN A SEQUENCE" was duly and legally issued to Plaintiff. Plaintiff is the owner of all rights, title and interest in the '761 patent. A copy of the '761 patent is attached hereto as Exhibit A.

**ANSWER**:  **Amazon is without knowledge and information sufficient to form a belief as to the truth of the allegations relating to ownership of the '761 patent.  Amazon admits that the face of the '761 patent indicates that it issued on March 10, 2009, and that it is entitled "Circuit Device for Controlling a Plurality of Light-Emitting Devices in a Sequence."  Amazon admits that what purports to be a copy of the '761 patent is attached**

1    **as Exhibit A to plaintiff's complaint.  Amazon denies the remaining allegations in this**

2    **paragraph.**

3           10.    The '761 patent discloses and claims certain electronic circuits for

4    electronically controlling multiple light emitting diodes (LEDs) causing the multiple LEDs to

5    flash in accordance with predetermined lighting patterns based on certain external factors(s).

6           **ANSWER**:  **The '761 patent speaks for itself and Amazon denies any**

7    **allegations to the contrary.**

8           11.    Defendant Stride Rite imports into the United States, and all Defendants

9    offer to sell, distribute and sell within the United States certain LED illuminated shoes, which

10   incorporate electronic circuits infringing one or more claims of the '761 patent.

11          **ANSWER**: **Amazon lacks knowledge and information sufficient to form a**

12   **belief as to the truth of the allegations in this paragraph.**

13          12.    Exemplary LED illuminated shoes incorporating electronic circuits

14   infringing one or more claims of the '761 patent, which are imported, offered for sale, distributed

15   and sold by one or more Defendants, include, but are not limited to, "STRIDE RITE STAR

16   WARS™ MORPHING LIGHTSABER" branded LED illuminated shoes and "STRIDE RITE

17   STAR WARS JEDI TO SITH" branded LED illuminated shoes. The foregoing shoes listed in this

18   paragraph will be referred to collectively herein as the "LED Illuminated Shoes." The LED

19   Illuminated Shoes listed in this paragraph are merely exemplary shoes containing infringing

20   electronic circuits and, on information and belief, Defendants do sell, do offer for sale, and do

21   distribute other LED Illuminated Shoes incorporating electronic circuits infringing one or more

22   claims of the '761 patent at least in this judicial district and/or throughout the United States.

23          **ANSWER**:  **Amazon denies any allegations against it in this paragraph.  To**

24   **the extent this paragraph references the other Defendants, Amazon lacks knowledge and**

25   **information sufficient to form a belief as to the truth of the allegations contained in this**

26   **paragraph.**

27

28

       **FIRST CAUSE OF ACTION**
       **(Infringement of the '761 patent)**

13.     Plaintiff Shen Ko Tseng incorporates the allegations set forth in Paragraphs 1-12 above as if fully set forth herein.

**ANSWER**:     **Amazon incorporates its responses to the previous paragraphs.**

14.     The LED Illuminated Shoes that Defendants import into the United States, and distribute, offer to sell and sell within the United States incorporate electronic circuits that are covered by one or more claims of the '761 patent.

**ANSWER**:     **Amazon denies the allegations against it in this paragraph.  To the extent this paragraph references the other Defendants, Amazon lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.**

15.     Defendants' importation, offers to sell, sales, and distribution within the United States of the LED Illuminated Shoes incorporating electronic circuits covered by one or more claims of the '761 patent is unauthorized.

**ANSWER**:     **Amazon denies the allegations against it in this paragraph.  To the extent this paragraph references the other Defendants, Amazon lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.**

16.     Defendants' importation, offers to sell, sales, and distribution within the United States of LED Illuminated Shoes containing electronic circuits covered by one or more claims of the '761 patent thus constitutes infringement of the '761 patent in violation of 35 U.S.C. § 271(a).

**ANSWER**:     **Amazon denies the allegations against it in this paragraph.  To the extent this paragraph references the other Defendants, Amazon lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.**

17.     Defendant Stride Rite is aware of the '761 patent, but yet it knowingly and actively induces third parties to offer for sale and sell the LED Illuminated Shoes incorporating electronic circuits infringing one or more claims of the '761 patent within the United States.

1    Defendant Stride Rite thus actively induces infringement of the '761 patent in violation of 35

2    U.S.C. § 271(b).

3            **ANSWER**:    **Amazon denies that it has been induced to infringe the '761**

4    **patent by Stride Rite.  Amazon lacks knowledge and information sufficient to form a belief**

5    **as to the truth of the remaining allegations contained in this paragraph.**

6            18.    Defendants have profited through infringement of the '761 patent. As a

7    result of Defendants' unlawful infringement of the '761 patent, Plaintiff has suffered damages in

8    an amount not yet determined and will continue to suffer damages in the future.

9            **ANSWER**:    **Amazon denies the allegations against it in this paragraph.  To**

10   **the extent this paragraph references the other Defendants, Amazon lacks knowledge and**

11   **information sufficient to form a belief as to the truth of the allegations contained in this**

12   **paragraph.**

13           19.    Upon information and belief, Defendants' acts of infringement are willful.

14   Defendants knew and know of the '761 patent and that LED Illuminated Shoes incorporate

15   electronic circuits infringing one or more claims of the '761 patent. Such willful acts of

16   infringement entitle Plaintiff to an award of enhanced damages and reasonable attorney fees

17   against Defendants.

18           **ANSWER**:    **Amazon denies the allegations against it in this paragraph.  To**

19   **the extent this paragraph references the other Defendants, Amazon lacks knowledge and**

20   **information sufficient to form a belief as to the truth of the allegations contained in this**

21   **paragraph.**

22           20.    Upon information and belief, Defendants intend to continue their unlawful

23   infringing activity and Plaintiff will continue to be damaged by such infringement, unless

24   Defendants are enjoined by this Court.

25           **ANSWER**:    **Amazon denies the allegations against it in this paragraph.  To**

26   **the extent this paragraph references the other Defendants, Amazon lacks knowledge and**

27   **information sufficient to form a belief as to the truth of the allegations contained in this**

28   **paragraph.**

21.     Defendants' acts of infringement have caused irreparable harm to Plaintiff and Plaintiff will continue to suffer such irreparable harm unless Defendants are preliminarily and permanently enjoined by this Court.

**ANSWER**:     **Amazon denies the allegations against it in this paragraph.  To the extent this paragraph references the other Defendants, Amazon lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.**

## REQUESTED RELIEF

Amazon denies that Plaintiff is entitled to any of the relief requested in his complaint.

## ADDITIONAL DEFENSES

Further answering the complaint, and as additional defenses thereto, Amazon asserts the following additional defenses, without assuming the burden of proof when the burden of proof on any issue would otherwise rest with plaintiff.  Amazon expressly reserves the right to amend its answer and defenses as additional information becomes available and/or is otherwise discovered.

1.     Amazon does not infringe and has not infringed any properly construed, valid, and enforceable claim of the '761 patent under 35 U.S.C. § 271 *et seq.*, directly or indirectly, literally or under the doctrine of equivalents.

2.     The claims of the '761 patent are invalid for failure to satisfy one or more of the requirements of patentability, including but not limited to those arising under 35 U.S.C. §§ 101, 102, 103, and/or 112.

3.     Amazon has not and does not wilfully infringe any properly construed, valid, enforceable claim of the '761 patent, and has not and is not committing any acts supporting an exceptional case claim.

4.     Plaintiff's claims are barred, in whole or in party, by the doctrine of prosecution disclaimer.

5.      Plaintiff's Complaint fails to state any claim upon which relief may be granted.

6.      Upon information and belief, Plaintiff's claims may be barred or limited by, waiver, estoppel, laches, acquiescence, unclean hands or similar legal or equitable doctrine.

7.      Upon information and belief, Plaintiff's claims may be barred or limited by a statute of limitations or statute of frauds.

8.      Plaintiff is not entitled to past damages or any other remedy under 35 U.S.C. §§ 284 or 285 with respect to any alleged infringement by Amazon of the claims of the '761 patent to the extent that plaintiff and/or any predecessor owners and/or licensees of the '761 patent have not complied with the notice and/or marking requirements of 35 U.S.C. § 287.

9.      Plaintiff is not entitled to any injunctive relief because plaintiff has, at a minimum, no irreparable injury, and an adequate remedy at law.

Amazon reserves the right to add additional defenses which become known through investigation and discovery.

## RELIANCE ON JURY DEMAND

Amazon relies on the Jury Demand filed by Plaintiff in this case.

## PRAYER FOR RELIEF

Amazon respectfully requests that this Court dismiss with prejudice Plaintiff's claims against Defendants and award Defendants recovery of all costs and expenses incurred in responding to this Complaint, together with all other relief that this Court deems just and equitable under the circumstances.

Dated:  January 30, 2014

REUBEN H. CHEN
NEIL N. DESAI
COOLEY LLP

DOUGLAS A. DOZEMAN
JANET RAMSEY
R. MICHAEL AZZI
WARNER NORCROSS & JUDD LLP

By: _/s/ Reuben H. Chen_____
        REUBEN H. CHEN

Attorneys for Defendants
STRIDE RITE CHILDREN'S GROUP LLC,
AMAZON.COM, INC. AND ZAPPOS IP, INC.

1

2  9851923-3
   1213629 /HN

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28