IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHEN KO TSENG,<br><br>             Plaintiff,<br>   v.<br><br>STRIDE RITE CHILDREN'S GROUP LLC, AMAZON.COM, INC. and ZAPPOS IP, INC.,<br><br>             Defendants.<br>_____/ | No. C 13-05538  RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on March 6, 2014.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

   1.   ALTERNATIVE DISPUTE RESOLUTION.

   MEDIATION.  The parties will seek to engage in private mediation on or before August 22, 2014.

   2.   DISCOVERY.

   Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable

number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

3. DISCOVERY DISPUTES.

Discovery disputes will be referred to a Magistrate Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

4. AMENDMENT OF THE PLEADINGS. The parties are free to amend the pleadings without leave of the court on or before April 15, 2014.

5. CLAIM CONSTRUCTION. A claim construction hearing will be held on **October 3, 2014 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The case will proceed through claim construction on the following schedule:

| Event | Plaintiff |
|---|---|
| Shen Ko Tseng serves disclosure of asserted claims and infringement contentions under Patent L.R. 3-1. | 3/20/14 |
| Shen Ko Tseng makes document production accompanying disclosure under Patent L.R. 3-2. | 3/20/14 |
| Defendants serve invalidity contentions under Patent L.R. 3-3 | 5/5/14 |
| Defendants make document production accompanying the invalidity contentions under Patent L.R. 3-4 | 5/5/14 |
| Parties exchange lists of proposed terms and claim elements for construction pursuant to Patent L.R. 4-1(a). | 5/19/14 |
| Parties meet and confer to discuss list of proposed terms and claim elements for construction and to identify 10 most significant terms pursuant to Patent L.R. 4-1(b). | 5/26/14 |
| Parties make exchange of preliminary claim constructions and extrinsic evidence pursuant to Patent L.R. 4-2. | 6/9/14 |
| Parties meet and confer to discuss preliminary claim | 6/30/14 |

| | | |
|---|---|---|
| | constructions and extrinsic evidence pursuant to Patent L.R. 4-2(c). | |
| | All parties jointly file joint claim construction and prehearing statement pursuant to Patent L.R. 4-3. | 7/7/14 |
| | Completion of claim construction discovery pursuant to Patent L.R. 4-4. | 8/7/14 |
| | Shen Ko Tseng files opening claim construction brief pursuant to Patent L.R. 4-5(a). | 8/22/14 |
| | Defendants file responsive claim construction brief(s) pursuant to Patent L.R. 4-5(b). | 9/12/14 |
| | Shen Ko Tseng files reply brief on claim construction pursuant to Patent L.R. 4-5(c). | 9/19/14 |
| | Claim construction hearing pursuant to Patent L.R. 4-6. | 10/3/14 |
| | Advice of counsel disclosure pursuant to Patent L.R. 3-7. | 50 days after Claim Construction ruling |

IT IS SO ORDERED.

DATED:   March 6, 2014

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

3