UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEN KO TSENG,<br><br>     Plaintiff,<br><br>     v.<br><br>STRIDE RITE CHILDRENS GROUP LLC, et al.,<br><br>     Defendants. | Case No. 13-cv-05538-VC<br><br>**ORDER** |

Pursuant to Paragraph 18 of this Court's Standing Order for Civil Cases, the Court will only conduct claim construction in conjunction with a dispositive motion. Accordingly, the parties are directed to submit, by **May 21, 2014**, a joint proposed case management schedule in which claim construction does not occur until summary judgment motions are filed.

**IT IS SO ORDERED.**

Dated: May 7, 2014

VINCE CHHABRIA
United States District Judge