TRANSPACIFIC LAW GROUP
PAVEL I. POGODIN, PH.D., ESQ. (206441) (pavel@transpacificlaw.com)
530 Lytton Avenue
2nd Floor
Palo Alto, CA 94301
Telephone:   (650) 954-6857
Facsimile:   (650) 472-8961

Attorneys for Plaintiff

COOLEY LLP
REUBEN H. CHEN (228725) (rchen@cooley.com)
NEIL N. DESAI (286405) (ndesai@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1140
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400

DOUGLAS A. DOZEMAN (*Pro Hac Vice*)
ddozeman@wnj.com
JANET L. RAMSEY (*Pro Hac Vice*)
jramsey@wnj.com
R. MICHAEL AZZI (*Pro Hac Vice*)
razzi@wnj.com
WARNER NORCROSS & JUDD LLP
111 Lyon, NW, Suite 900
Grand Rapids, MI  49503
Telephone:   (616) 752-2000

Attorneys for Defendants
STRIDE RITE CHILDREN'S GROUP LLC,
AMAZON.COM, INC. AND ZAPPOS IP, INC.

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| Shen Ko Tseng,<br><br>Plaintiff,<br><br>v.<br><br>Stride Rite Children's Group LLC,<br>Amazon.com, Inc. and Zappos IP, Inc.,<br><br>Defendants. | Case No.   3:13-cv-05538-VC<br><br>**STIPULATION AND [PROPOSED]<br>ORDER** |

1  Plaintiff Shen Ko Tseng and Defendants Stride Rite Children's Group LLC, Amazon.com, Inc. and Zappos IP, Inc. ("Defendants," and together with Plaintiff, "the Parties") through their respective undersigned counsel hereby agree and stipulate that the last day to file motions for summary judgment on the issues of non-infringement, invalidity and claim construction in this litigation shall be November 7, 2014.  This stipulation shall not affect the discovery schedule or any other deadlines in this litigation.

Dated:  June 6, 2014       TRANSPACIFIC LAW GROUP
                           By:  /s/ Pavel Pogodin
                           Pavel Pogodin
                           Counsel for Plaintiff
                           SHEN KO TSENG

In accordance with Civil Local Rule 5-1(i)(3), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated:  June 6, 2014       RUEBEN H. CHEN
                           NEIL N. DESAI
                           COOLEY LLP

                           DOUGLAS A. DOZEMAN
                           JANET RAMSEY
                           R. MICHAEL AZZI
                           WARNER NORCROSS & JUDD
                           LLP

                           By:  /s/ Janet Ramsey
                           Janet Ramsey
                           Counsel for Defendants
                           STRIDE RITE CHILDREN'S
                           GROUP LLC, AMAZON.COM, INC.
                           AND ZAPPOS IP, INC.

1     The Parties' stipulation is adopted and

2     **IT IS SO ORDERED.**

4   DATED: June 9, 2014         By: _____

5                                      Hon. Vince Chhabria
                                       United States District Judge