TransPacific Law Group
Pavel I. Pogodin, Ph.D., Esq. (SBN 206441)
pavel@transpacificlaw.com
530 Lytton Avenue
2nd Floor
Palo Alto, California, 94301
Telephone: (650) 954-6857
Facsimile: (650) 472-8961

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Shen Ko Tseng,<br><br>         Plaintiff,<br><br>    v.<br><br>Stride Rite Children's Group LLC,<br>Amazon.com, Inc. and Zappos IP, Inc.,<br><br>         Defendants. | Case No.   3:13-cv-05538-VC<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION** |

NOTICE IS HEREBY GIVEN that the above-captioned matter known as Shen Ko Tseng v. Stride Rite Children's Group LLC, Amazon.com, Inc. and Zappos IP, Inc., Case Number 3:13-cv-05538-VC, has been resolved in its entirety as to all parties, the parties having agreed to settle in principle and are now preparing the settlement agreement.

A stipulated request for all currently calendared dates or deadlines to be taken off calendar is expected to be filed within three business days and a stipulated dismissal of the entire action is expected to be filed within two weeks.

| | | |
|---|---|---|
| 1 | Dated: November 8, 2014 | TRANSPACIFIC LAW GROUP |
| 2 | | |
| 3 | | By: /s/ Pavel I. Pogodin |
| 4 | | Pavel Pogodin |
| 5 | | Counsel for Plaintiff<br>SHEN KO TSENG |