UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEN KO TSENG,<br><br>          Plaintiff,<br><br>    v.<br><br>STRIDE RITE CHILDRENS GROUP LLC, et al.,<br><br>          Defendants. | Case No. 13-cv-05538-VC<br><br>**ORDER OF DISMISSAL** |

The parties have notified the Court that they have agreed to settle this case, and are now in the process of preparing a settlement agreement. Therefore, it is ORDERED that this case is DISMISSED without prejudice. All deadlines and hearings in the case are vacated. Any pending motions are moot. The parties retain the right to reopen this action within 60 days of this Order if the settlement is not consummated. If a request to reinstate the case is not filed and served on opposing counsel within 60 days, the dismissal will be with prejudice.

**IT IS SO ORDERED**.

Dated: November 17, 2014

VINCE CHHABRIA
United States District Judge