UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEN KO TSENG,<br><br>          Plaintiff,<br><br>     v.<br><br>STRIDE RITE CHILDRENS GROUP LLC, et al.,<br><br>          Defendants. | Case No.  13-cv-05538-VC<br><br>**ORDER**<br><br>Re: Dkt. No. 56 |

The plaintiff has notified the Court that he is contemplating filing a motion to enforce the settlement agreement. The plaintiff requests that the Court schedule a case management conference to set briefing deadlines for this contemplated motion. Docket No. 56. This request is denied. If the plaintiff wishes to file a motion to enforce the settlement, he should do so in accordance with the local rules. However, in light of the plaintiff's request, the plaintiff shall have an additional 30 days to file such a motion before the case is dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: January 16, 2015

_____
VINCE CHHABRIA
United States District Judge