UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEN KO TSENG,<br><br>        Plaintiff,<br><br>   v.<br><br>STRIDE RITE CHILDRENS GROUP LLC, et al.,<br><br>        Defendants. | Case No. 13-cv-05538-VC<br><br>**ORDER RE HEARING ON MOTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>Re: Dkt. No. 58 |

Having reviewed the parties' submissions in advance of the hearing on the plaintiff's motion to enforce the settlement agreement, Docket No. 58, the Court is tentatively inclined to deny the motion to enforce the settlement. This would mean that the case will be reopened. The Court will consider the parties' arguments at the hearing before making any final ruling on the motion. However, the parties should come to the hearing prepared to set a litigation schedule which culminates in a trial date approximately six months of the date of the hearing.

**IT IS SO ORDERED.**

Dated: April 1, 2015

_____
VINCE CHHABRIA
United States District Judge