UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEN KO TSENG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STRIDE RITE CHILDRENS GROUP LLC, et al.,<br><br>　　　　　Defendants. | Case No. 13-cv-05538-VC<br><br>**ORDER RE MOTION TO ENFORCE SETTLEMENT**<br><br>Re: Dkt. No. 58 |

For the reasons stated on the record at the hearing on the plaintiff's motion to enforce the settlement, the motion is denied. The Clerk of the Court is directed to reopen the case.

**IT IS SO ORDERED.**

Dated: April 2, 2015

_____
VINCE CHHABRIA
United States District Judge