United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEN KO TSENG,<br><br>       Plaintiff,<br><br>   v.<br><br>STRIDE RITE CHILDRENS GROUP LLC, et al.,<br><br>       Defendants. | Case No. 13-cv-05538-VC<br><br>**ORDER DENYING STIPULATION**<br>Re: Dkt. No. 65 |

The Court has reviewed the parties' stipulation. Although the dates are acceptable, the stipulated briefing format does not appear to comply with the Paragraph 30 of the Court's standing order. Accordingly, the stipulation is denied.

**IT IS SO ORDERED.**

Dated: April 13, 2015

_____
VINCE CHHABRIA
United States District Judge