COOLEY LLP
REUBEN H. CHEN (228725) (rchen@cooley.com)
NEIL N. DESAI (286405) (ndesai@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1140
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

DOUGLAS A. DOZEMAN (*Pro Hac Vice*)
ddozeman@wnj.com
JANET L. RAMSEY (*Pro Hac Vice*)
jramsey@wnj.com
R. MICHAEL AZZI (*Pro Hac Vice*)
razzi@wnj.com
WARNER NORCROSS & JUDD LLP
111 Lyon, NW, Suite 900
Grand Rapids, MI 49503
Telephone: (616) 752-2000

Attorneys for Defendants
STRIDE RITE CHILDREN'S GROUP LLC,
AMAZON.COM, INC. AND ZAPPOS IP, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

SHEN KO TSENG,

Plaintiff,

v.

STRIDE RITE CHILDREN'S GROUP LLC, AMAZON.COM, INC. AND ZAPPOS IP, INC.

Defendants.

Case No.: 3:13-cv-5538-VC

**STIPULATION AND ~~[PROPOSED]~~ ORDER SETTING *MARKMAN* BRIEFING DEADLINES IN ACCORDANCE WITH COURT's APRIL 3, 2015, ORDER**

Plaintiff Shen Ko Tseng and Defendants Stride Rite Children's Group LLC, Amazon.com, Inc., and Zappos IP, Inc., stipulate and agree as to the following *Markman* briefing and motion for summary judgment briefing deadlines in accordance with the Court's April 2, 2015 Minute Entry and April 3, 2015, Order denying Plaintiff's Motion to Enforce Settlement (Dkts. # 63, 64):

| Deadline | Description | Page Limit |
|---|---|---|
| 6/5/15 | Plaintiff's Motion for Summary Judgment (non-infringement and invalidity) and Claim Construction Opening Brief | 40 pages |
| 7/31/15 | Defendants' Cross Motion for Summary Judgment and Claim Construction/Opposition to Plaintiff's MSJ and CC | 50 pages |
| 8/21/15 | Plaintiff's Opposition to Defendants' CMSJ and CC/Reply to Plaintiff's MSJ and CC | 30 pages |
| 9/11/15 | Defendants' Reply to Defendants' CSMJ and CC | 20 pages |
| 9/28/15 at 10:00 a.m. | Parties' Technology Tutorial for Court | N/A |
| 9/30/15 at 10:00 a.m. | Claim Construction and Motion for Summary Judgment Hearing | N/A |

Dated: April 21, 2014

**Stipulated By:**

By: /s/ Pavel Pogodin
Pavel Pagodin (206441)
Transpacific Law Group
530 Lytton Avenue
Palo Alto, California 94301

*Attorney for Plaintiff Shen Ko Tseng*

By: /s/ R. Michael Azzi
Douglas A. Dozeman (*Pro Hac Vice*)
Janet L. Ramsey (*Pro Hac Vice*)
R. Michael Azzi (*Pro Hac Vice*)
WARNER NORCROSS & JUDD LLP
111 Lyon, NW, Suite 900
Grand Rapids, MI 49503

*Attorneys for Defendants Stride Rite Children's Group LLC, Amazon.com, Inc. and Zappos IP, Inc.*

Reuben H. Chen (228725)
Neil N. Desai (286405)
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1140

*Attorneys for Defendants Stride Rite Children's Group LLC, Amazon.com, Inc. and Zappos IP, Inc.*

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

**Dated: April** 23 **, 2015**

Honorable Vince Chhabria
District Court Judge