1  COOLEY LLP
   REUBEN H. CHEN (228725) (rchen@cooley.com)
2  NEIL N. DESAI (286405) (ndesai@cooley.com)
   3175 Hanover Street
3  Palo Alto, CA  94304-1140
   Telephone:    (650) 843-5000
4  Facsimile:    (650) 849-7400

5  DOUGLAS A. DOZEMAN (*Pro Hac Vice*)
   ddozeman@wnj.com
6  JANET L. RAMSEY (*Pro Hac Vice*)
   jramsey@wnj.com
7  R. MICHAEL AZZI (*Pro Hac Vice*)
   razzi@wnj.com
8  WARNER NORCROSS & JUDD LLP
   111 Lyon, NW, Suite 900
9  Grand Rapids, MI  49503
   Telephone:    (616) 752-2000

10

11 Attorneys for Defendants
   STRIDE RITE CHILDREN'S GROUP LLC,
   AMAZON.COM, INC. AND ZAPPOS IP, INC.

12

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SHEN KO TSENG, | ) |
| | ) |
| Plaintiff, | ) Case No.: 3:13-cv-5538-VC |
| | ) |
| v. | ) **STIPULATION OF DISMISSAL** |
| | ) |
| STRIDE RITE CHILDREN'S GROUP LLC, | ) |
| AMAZON.COM, INC. AND ZAPPOS IP, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |

As provided under Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Shen Ko Tseng and Defendants Stride Rite Children's Group LLC, Amazon.com, Inc., and Zappos IP, Inc., stipulate and agree that the above-captioned action, including all claims and affirmative defenses, are dismissed WITH PREJUDICE, subject to the terms of an agreement titled "SETTLEMENT AGREEMENT" and dated August 10, 2015, with each party to bear its own costs, expenses, and attorneys' fees.

**Stipulated and Agreed By:**

Dated: August 12, 2015

By: __/s/ Pavel Pagodin w/permission_____
    Pavel Pagodin (206441)
    Transpacific Law Group
    530 Lytton Avenue
    Palo Alto, California 94301

*Attorney for Plaintiff Shen Ko Tseng*

Dated: August 12, 2015

By: /s/ R. Michael Azzi___
    Douglas A. Dozeman (*Pro Hac Vice*)
    Janet L. Ramsey (*Pro Hac Vice*)
    R. Michael Azzi (*Pro Hac Vice*)
    WARNER NORCROSS & JUDD LLP
    111 Lyon, NW, Suite 900
    Grand Rapids, MI  49503

*Attorneys for Defendants Stride Rite Children's Group LLC, Amazon.com, Inc. and Zappos IP, Inc.*

    Reuben H. Chen (228725)
    Neil N. Desai (286405)
    COOLEY LLP
    3175 Hanover Street
    Palo Alto, CA  94304-1140

*Attorneys for Defendants Stride Rite Children's Group LLC, Amazon.com, Inc. and Zappos IP, Inc.*